824

No. 975. AETNA AUTO FINANCE, INC. *v.* AETNA CASUALTY & SURETY Co. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Armwell L. Cooper* for petitioner. *Messrs. Frank E. Spain* and *H. H. Grooms* for respondent.

No. 977. BURDICK ET AL. *v.* BURDICK ET AL., TRUSTEES, ET AL. March 30, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. E. Barrett Prettyman, F. G. Awalt,* and *Raymond Sparks* for petitioners. *Messrs. Dallas S. Townsend, Gardner Dugald Howie,* and *Spencer Gordon* for Burdick et al., Trustees, and *Mr. George C. Gertman* for George C. Gertman, Guardian, respondents.

No. 992. LLOYD BRASILEIRO *v.* LA GUERRA. March 30, 1942. Petition for writ of certioari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Oscar R. Houston* for petitioner. *Mr. Abraham S. Robinson* for respondent.

No. 1012. SOUTHERN STEEL Co. *v.* BUTEX GAS Co. ET AL. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. Austin Wier* for petitioner. *Mr. Jack A. Schley* for respondents.

No. 277. DINAN ET AL. *v.* FIRST NATIONAL BANK. February 2, 1942. Certiorari, 314 U. S. 593, to the Circuit